239 So.2d 175

STATE of Louisiana ex rel.
Raymond E. CARBIN

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 50855.

Sept. 22, 1970.

Writ refused. The only contention of relator is that Boykin should be applied retroactively. Since Boykin is not retroactive we refuse the writ. See Halliday v. United States, 394 U.S. 831, 89 S.Ct. 1498, 23 L.Ed.2d 16; Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274.